HANUSZ LAW, PC
John Hanusz (SBN 277367)
Email: john@hanuszlaw.com
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200

Counsel for Motty Mizrahi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOTTY MIZRAHI,<br><br>Defendant. | Case No. 19CR-00415-CJC-1<br><br>**PROPOSED FACTUAL BASIS FOR GUILTY PLEA** |

Motty Mizrahi, by and through counsel, hereby submits the following factual basis in support of his plea of guilty to all charges contained in the First Superseding Indictment. (Dkt. No. 66.) On January 6, 2023, Mr. Mizrahi intends to plead guilty to six counts of committing wire fraud in violation of 18 U.S.C. § 1343 (Counts One through Six), and a single count of committing aggravated identity theft in violation of 18 U.S.C. § 1028A (Count Seven). Mr. Mizrahi is entering his plea without a written plea agreement with the government.

Dated: January 4, 2023              Respectfully submitted,


                                    *s/ John Hanusz*
                                    John Hanusz
                                    Counsel for Mr. Mizrahi

# PROPOSED FACTUAL BASIS

## I. INTRODUCTION

On September 22, 2020, the government filed the First Superseding Indictment charging Motty Mizrahi with six counts of wire fraud and a single count of aggravated identity theft.[1] (Dkt. No. 66.)

The relevant text of the statute underlying the wire-fraud counts is as follows:

> Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both.

18 U.S.C. § 1343.

The relevant text of the statute underlying the aggravated-identity-theft count is as follows:

> Whoever, during and in relation to [a violation of 18 U.S.C. § 1343], knowingly transfers, possesses, or uses, without lawful authority, a means of identification of another person shall, in addition to the punishment provided for such felony, be sentenced to a term of imprisonment of 2 years.

18 USC § 1028A(a)(1).

Mr. Mizrahi intends to plead guilty to these charges without a written plea agreement, and has so advised the Court and counsel for the government.

## II. FACTUAL BASIS

<u>Count One – 18 U.S.C. § 1343</u>

On June 8, 2017, for the purpose of executing a scheme to defraud, Mr. Mizrahi transmitted and caused the wire transmission of $100,000 drawn upon another individual's account JP Morgan Chase in Arizona, and crediting those funds to Mr. Mizrahi's Bank of America account in California.

---

[1] Sassi Mizrahi, Mr. Mizrahi's co-defendant, is also charged with wire fraud.

<u>Count Two – 18 U.S.C. § 1343</u>

On November 24, 2017, for the purpose of executing a scheme to defraud, Mr. Mizrahi transmitted and caused the wire transmission of $279,957.50 drawn upon another individual's account at Deutsche Bank in Israel, and crediting those funds to Mr. Mizrahi's Bank of America account in California.

<u>Count Three – 18 U.S.C. § 1343</u>

On January 9, 2018, for the purpose of executing a scheme to defraud, Mr. Mizrahi transmitted and caused the wire transmission of $50,000 drawn upon another individual's account at Ally Bank in Los Angeles, California, and crediting those funds to Mr. Mizrahi's Bank of America account in California.

<u>Count Four – 18 U.S.C. § 1343</u>

On October 25, 2018, for the purpose of executing a scheme to defraud, Mr. Mizrahi transmitted and caused the wire transmission of $187,970 drawn upon another individual's bank account in Israel, and crediting those funds to Mr. Mizrahi's Bank of America account in California.

<u>Count Five – 18 U.S.C. § 1343</u>

On December 28, 2018, for the purpose of executing a scheme to defraud, Mr. Mizrahi sent an email from his account (mbigcorporation@yahoo.com) to an individual's email account hosted by Google's Gmail mail service outside of California, making the following representations: "that the funds are there safe and 'alive' and therefore not missing, lost, or stolen," that if the individual chose "to go to the authorities," the individual "will not be able to get any funds" and that Mr. Mizrahi "would file a lawsuit . . . to recover . . . attorney fees and punitive damages."

<u>Count Six – 18 U.S.C. § 1343</u>

On February 26, 2019, for the purpose of executing a scheme to defraud, Mr. Mizrahi caused the wire clearing of a $6,000 check drawn upon his employer's City National Bank Account in Los Angeles, California, which had

PROPOSED FACTUAL BASIS FOR GUILTY PLEA

the effect of crediting those funds to Mr. Mizrahi's Bank of America account in California.

Count Seven– 18 U.S.C. § 1028A(a)(1)

On February 26, 2019, Mr. Mizrahi knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a violation of 18 U.S.C. § 1343, as charged in Count Six of the First Superseding Indictment.